1  ANDRÉ BIROTTE JR. (CABN 155627)
   United States Attorney, Central District of California
2
   JUSTIN R. RHOADES (CABN 230463)
3  Assistant United States Attorney
   Special Assistant to the United States Attorney General
4
       1500 U.S. Courthouse
5      312 North Spring Street
       Los Angeles, CA 90012
6      Telephone: (213) 894-3380
       Facsimile: (213) 894-713
7      Email: justin.rhoades@usdoj.gov

8  Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   No. 3:10-MJ-70825
                                        )
14              Plaintiff,              )   PETITION FOR AND WRIT OF HABEAS
                                        )   CORPUS AD PROSEQUENDUM
15         v.                           )
                                        )
16  MICHAEL HIGGINBOTHAM,               )
                                        )
17              Defendant.              )
                                        )
18                                      )
                                        )
19  _____)

20

21  To:    The Honorable Bernard Zimmerman, United States Magistrate Judge for the United
           States District Court for the Northern District of California
22

23         The United States of America respectfully petitions the Court to issue a Writ of Habeas

24  Corpus Ad Prosequendum for defendant MICHAEL G. HIGGINBOTHAM (Jail # 10676689)

25  currently detained at the San Francisco County Jail, 850 Bryant Street, San Francisco, who has

26  been charged in a federal criminal complaint in Case No. 3:10-mj-70825, alleging assault on a

27  federal officer with a deadly weapon, in violation of Title 18, United States Code, Sections

28

    WRIT AD PROSEQUENDUM

**FILED**
SEP 2 0 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  111(a)(1), (b), and using/carrying a firearm during and in relation to a crime of violence, in
2  violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).
3
4  Dated: September 19, 2010                    Respectfully submitted,
5                                               ANDRÉ BIROTTE JR.
                                                 United States Attorney
6
7                                               ___/s/ Justin R. Rhoades_____
                                                 JUSTIN R. RHOADES
8                                                Assistant United States Attorney
                                                 Special Assistant to the U.S. Attorney General
9
10     For the reasons set forth above, it is ordered that the Writ of Habeas Corpus Ad
11  Prosequendum requested for MICHAEL G. HIGGINBOTHAM shall be issued.
12
13  Dated: September 20, 2010
14                                               _____
                                                 HON. BERNARD ZIMMERMAN
15                                               United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

WRIT AD PROSEQUENDUM

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: SHERIFF, SAN FRANCISCO COUNTY JAIL, and/or any of his authorized deputies or officers

and

SPECIAL AGENTS OF THE TREASURY INSPECTOR GENERAL'S OFFICE

**GREETINGS**

The prisoner **MICHAEL G. HIGGINBOTHAM**, Jail Number 10676689, is now in custody at the San Francisco County Jail, 850 Bryant Street, San Francisco. He is required to appear on criminal charges now pending against him before the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102. Accordingly:

WE COMMAND that you produce the prisoner to this Court forthwith by producing him to the custody of the Special Agents of the Treasury Inspector General's Office referenced above, who shall bring the prisoner before the Magistrate Judge who is on duty when the prisoner is produced. Thereafter, the prisoner shall be produced at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, the prisoner shall be returned to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WITNESS Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 20, 2010

CLERK OF THE COURT,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK    ROSE MAHER

WRIT AD PROSEQUENDUM