1    ALBERT J. BORO, JR. (CA Bar #126657)
     *ajboro@boro-law.com*
2    BORO LAW FIRM
     345 Franklin Street
3    San Francisco, CA 94102
     Telephone:  (415) 621-2400
4    Facsimile:  (415) 276-5870

5

6    Counsel for Defendant
     MICHAEL HIGGINBOTHAM
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
     UNITED STATES OF AMERICA,              CR-10-00703 MMC
12
                    Plaintiff,              STIPULATION OF THE PARTIES
13                                          FOLLOWING DETENTION HEARING
            v.                              AND [PROPOSED] ORDER MODIFYING
14                                          CONDITIONS OF SUPERVISED
                                            RELEASE
15   MICHAEL HIGGINBOTHAM,

16                  Defendant.

17

18

19        **STIPULATION OF THE PARTIES FOLLOWING DETENTION HEARING**

20        WHEREAS, a detention hearing was held on October 20, 2015, before Magistrate Judge

21   Elizabeth D. Laporte of the Northern District of California based on a pending Petition for

22   Revocation of supervised release (the "Petition") filed against defendant Michael Higginbotham

23   ("Mr. Higginbotham");

24        WHEREAS, pursuant to 18 U.S.C. § 3143(a), and Fed. R. Crim. P. 32.1(a)(6), Magistrate

25   Judge Laporte found that Mr. Higginbotham carried his burden of establishing by clear and

26   convincing evidence that he will not flee or pose a danger to any other person or to the community, if

27   his conditions for supervised release were modified pending resolution of the Petition;

28

WHEREAS, Magistrate Judge Laporte recommended that Mr. Higginbotham (1) be released to a halfway house in Oakland, California as soon as space is available to house him, and be allowed to leave the halfway house for work, (2) be placed on electronic monitoring to include GPS, as directed by the U.S. Probation Office, and (3) not travel into the City and County of San Francisco, pending resolution of the Petition; and

WHEREAS, the parties have informed Mr. Higginbotham's U.S. Probation Officer of this proposed modification of supervised release, and he does not object.

**THEREFORE, THE PARTIES HEREBY STIPULATE** that the conditions of Mr. Higginbotham's supervised release should be modified to provide that:

1.  Mr. Higginbotham shall be released to a halfway house in Oakland, California as soon as space becomes available, and he shall be allowed to leave the halfway house for work, and he shall remain in the halfway house for up to 120 days, as directed by the U.S. Probation Office.

2.  Mr. Higginbotham shall be placed on electronic monitoring to include GPS, as directed by the U.S. Probation Office.

3.  Mr. Higginbotham shall not travel into the City and County of San Francisco, pending resolution of the Petition.

Dated:  October 21, 2015                    Respectively Submitted:


                                            BORO LAW FIRM

                                            */s/ Albert J. Boro, Jr.*
                                            ALBERT J. BORO, JR.

                                            Attorney for Defendant
                                            MICHAEL HIGGINBOTHAM


                                            ANDRE BIROTTE JR.
                                            United States Attorney

                                            */s/ Justin R. Rhoades*
                                            JUSTIN R. RHOADES
                                            Assistant United States Attorney

*Signed with permission.

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court hereby modifies the terms of supervised release of defendant Michael Higginbotham as follows:

1.  Mr. Higginbotham shall be released to a halfway house in Oakland, California as soon as space becomes available, and he shall be allowed to leave the halfway house for work, and he shall remain in the halfway house for up to 120 days, as directed by the U.S. Probation Office.

2.  Mr. Higginbotham shall be placed on electronic monitoring to include GPS, as directed by the U.S. Probation Office.

3.  Mr. Higginbotham shall not travel into the City and County of San Francisco, pending resolution of the Petition for Revocation of his supervised release.


IT IS SO ORDERED.


DATED: _October 21, 2015_____          _____
                                               HONORABLE MAXINE M. CHESNEY
                                               United States District Judge