ALBERT J. BORO, JR. (CA Bar #126657)
*ajboro@boro-law.com*
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870


Counsel for Defendant
MICHAEL HIGGINBOTHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL HIGGINBOTHAM,<br><br>        Defendant. | CR-10-00703-MMC<br><br>STIPULATION OF THE PARTIES TO VACATE PRELIMINARY HEARING AND SET A STATUS CONFERENCE AND [PROPOSED] ORDER<br><br>Hearing Date: November 5, 2015<br>Time: 9:30 a.m.<br>Courtroom: Hon. Laurel Beeler<br>                    Magistrate Judge |

**STIPULATION OF THE PARTIES TO VACATE PRELIMINARY HEARING AND SET A STATUS CONFERENCE**

The undersigned parties hereby stipulate to vacate the preliminary hearing on the Petition for Revocation of supervised release of defendant Michael Higginbotham ("Mr. Higginbotham"), which is currently set for November 5, 2015, at 9:30 a.m., and to set a Status Conference on the Petition for Revocation for December 2, 2015, at 2:15 p.m., before the Honorable Maxine M. Chesney.  The parties have informed Mr. Higginbotham's U.S. Probation Officer of this Stipulation, and he does not object.

Dated: November 3, 2015

Respectfully Submitted:

BORO LAW FIRM

*/s/ Albert J. Boro, Jr.*
ALBERT J. BORO, JR.

Attorney for Defendant
MICHAEL HIGGINBOTHAM

EILEEN M. DECKER
United States Attorney

*/s/ Justin R. Rhoades**
JUSTIN R. RHOADES
Assistant United States Attorney

*Signed with permission.

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court hereby orders that the preliminary hearing on the Petition for Revocation of supervised release of defendant Michael Higginbotham, currently set for November 5, 2015, at 9:30 a.m., be and hereby is vacated, and a Status Conference on the Petition for Revocation is hereby set for December 2, 2015, at 2:15 p.m., before the Honorable Maxine M. Chesney.

IT IS SO ORDERED.

DATED: November 3, 2015

The Honorable Maxine M. Chesney
United States District Judge